42

**Ruth H. STANSBURY, Appellant v. Grace B. GRABER, Appellee.**

No. 10919.

United States Court of Appeals
District of Columbia Circuit.

Dec. 6, 1951.

Walter M. Evans, Richmond, Va., for appellant.

John J. O'Brien, Washington, D. C., with whom Henry J. Siegman, Washington, D. C., was on the brief, for appellee.

Before CLARK, WILBUR K. MILLER, and WASHINGTON, Circuit Judges.

PER CURIAM.

We find no error in the record. Therefore, the decision of the District Court is

Affirmed.